Jason R. Naess
**PARSONS, SMITH, STONE,**
**LOVELAND & SHIRLEY, LLP**
137 West 13th Street
P.O. Box 910
Burley, Idaho 83318
(208) 878-8382
(208) 878-0146 - fax
Idaho State Bar #8407
Trustee's Proposed Counsel

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>STEPHEN J. ANDERSON AND<br>MELANIE ANDERSON,<br><br>Debtors. | Case No. 15-40878-JDP<br><br>Chapter 7 |

## MOTION FOR TURNOVER

<u>No Objection</u>. The Court may consider this request for an order without further notice of hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, the Chapter 7 Trustee, Gary L. Rainsdon ("Trustee"), in the above entitled matter and moves this Court, pursuant to 11 U.S.C. §§ 542 and 521(a)(4), for an order directing

MOTION FOR TURNOVER – Page 1

the Debtors to surrender real estate commissions relating to the following properties:

| Property Description | Sale Contract | Commission |
|---|---|---|
| 3818 Tawzer | July 1, 2015 | $4,176.00 |
| 325 Marjac | September 4, 2015 | $1,896.09 |
| 6027 Gleneagles Drive | September 4, 2015 | $4,917.00 |
| 2303 Roy Drive | August 1, 2015 | $2,872.10 |
| 311 East 65th North Clement | August 5, 2015 | $13,500.00 |
| 311 East 65th North Clement | August 5, 2015 | $11,940.50 |
| Lot 6 Block 1 Journey's End | September 1, 2015 | $561.00 |
| 2995 Janessa | August 10, 2015 | $1,293.60 |
| 3571 Daleen Street | August 20, 2015 | $3,087.00 |
| Unit 4 G Grizzly Way | September 1, 2015 | $742.00 |
| 1627 Clarence Roberts | September 1, 2015 | $2,073.50 |
| 11245 Greenbrier | September 1, 2015 | $2,291.63 |
| 3892 Steeplechase Lane | September 6, 2015 | $3,135.00 |
| TOTAL | | $52,485.92 |

Debtors are real estate agents, and the identified commissions are earnings rooted in the Debtors' pre-bankruptcy past and are property of the estate. *See Jess v. Carey (In re Jess)*, 169 F.3d 1204 (9th Cir. 1999); *Snodgrass v. Lang (In re Snodgrass)*, 2010 WL 6259885 (9th Cir. BAP 2010); *Tully v. Taxel (In re Tully)*, 202 B.R. 481 (9th Cir. BAP 1996). Because Debtors had a legal and equitable right to the funds on the date of filing, September 9, 2015, the real estate commissions are property of the estate. § 541. To date, Debtors have not claimed an exception that would cover any portion of the above-identified commissions. *See* Dkt. No. 1, Schedule C. Therefore, Trustee requests an order directing Debtors to surrender the identified commissions to the estate.

DATED this 6th day of April, 2016.

PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP

_____
Jason R. Naess

MOTION FOR TURNOVER -- Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6th, 2016 I filed a copy of the attached MOTION FOR TURNOVER with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

- ASchild Atlas Acquisitions LLC    bk@atlasacq.com
- Jay A Kohler    cindy@kohlerlawif.com
- David Wayne Newman    ustp.region18.bs.ecf@usdoj.gov
- Gary L Rainsdon    trustee@filertel.com, id12@ecfcbis.com;grainsdon@ecf.epiqsystems.com;teril@filertel.com;tinal@filertel.com;lori@filertel.com
- Aaron J Tolson    ajt@aaronjtolsonlaw.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Stephen J. Anderson
11255 Bellerive Drive
Idaho Falls, ID 83404

Melanie Anderson
11255 Bellerive Drive
Idaho Falls, ID 83404

DATED this 6th day of April, 2016.

PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP

_____
Jason R. Naess

MOTION FOR TURNOVER – Page 3